IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON R. PERROTON,          ) | |
|                           ) | |
|   Petitioner,             ) | No. C 11-2056 CRB (PR) |
|                           ) | |
|   vs.                     ) | ORDER OF DISMISSAL |
|                           ) | |
| UNITED STATES MARSHAL, et al., ) | |
|                           ) | |
|   Respondent.             ) | |
|                           ) | |

Petitioner Jon R. Perroton has filed a pro se petition for a writ of habeas corpus challenging on various constitutional grounds his arrest pursuant to a warrant and detention pending a revocation hearing of his supervised release in <u>United States v. Perroton</u>, CR 04-20123 RMW.

The petition will be DISMISSED without prejudice to petitioner raising his arguments and claims in the scheduled proceedings in <u>United States v. Perroton</u>, CR 04-20123 RMW, where he represented by appointed counsel.

The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED: May 6, 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.11\Perroton, J.dismissal.wpd